IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LINDA G. SMITH,                )
Administratrix of the          )
Estate of Leterrain Smith,     )
Deceased,                      )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:12cv227-MHT
                               )         (WO)
KENNY HARDEN, Individually     )
and in his Official            )
Capacity as Butler County      )
Sheriff; et al.,               )
                               )
     Defendants.               )
```

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 52) is granted and that this cause is dismissed in its entirety pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with the parties to bear their own costs.

The court has assumed that the defendants have no objection to the allowance of the dismissal; however, if

they do, it is further ORDERED that they are to file their objections within seven days from the date of this order.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of January, 2014.

      /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**